**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 5:24-cr-17-KDB** |
|  | ) |  |
| **v.** | ) | **BILL OF INDICTMENT** |
|  | ) |  |
|  | ) | **Violation:** |
| **ASHLEY JAMES CROUSE** | ) | **18 U.S.C. §2252A(a)(2)(A)** |
|  | ) | **18 U.S.C. §2252A(a)(5)(B)** |
|  | ) |  |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Receipt of Child Pornography)**

On or about November 2, 2023, in Caldwell County, within the Western District of North Carolina and elsewhere, the defendant,

**ASHLEY JAMES CROUSE,**

did knowingly receive any child pornography, as defined in 18 U.S.C. §2256(8), using any means and facility of interstate and foreign commerce, and that has been mailed, and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1).

**COUNT TWO**
**(Possession of Child Pornography)**

On or about November 3, 2023, in Caldwell County, within the Western District of North Carolina and elsewhere, the defendant,

**ASHLEY JAMES CROUSE,**

did knowingly possess any material that contained an image of child pornography, as defined in 18 U.S.C. §2256(8), that involved a minor who had not attained 12 years of age, and that has been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

# NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 2253. The following property is subject to forfeiture in accordance with Section 2253:

a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of indictment;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b) and (c).

The Grand Jury finds probable cause to believe that the following property seized during the investigation is subject to forfeiture on one or more of the grounds stated above: an Apple iPhone 13 pro max; a Patriot 64 GB flash drive; a Sandisk 16 GB flash drive; a Dell XPS desktop tower; a Seagate Baracuda 1000 GB hard drive; an iPad Air Generation 3 serial number F6PFF0DVLMWR; and an iPad Air Generation 3 serial number F9FYJ125LMWR.

A TRUE BILL:

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

KIMLANI M. FORD
ASSISTANT UNITED STATES ATTORNEY